[No. 66963-0-I. Division One. June 13, 2011.]

MAPLE BEACH ESTATES PROPERTY OWNERS ASSOCIATION, *Appellant*, v. NORMAN TROTZER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-2-00118-4, David E. Foscue, J. Pro Tem., entered March 22, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Spearman, JJ.

[Nos. 37400-5-II; 39540-1-II. Division Two. June 14, 2011.]

THE STATE OF WASHINGTON ET AL., *Respondents*, v. TROY A. NYLANDER, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 04-5-00909-6, Beverly G. Grant, J., entered January 17, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Johanson, JJ.

[No. 39928-8-II. Division Two. June 14, 2011.]

MICHAEL G. GUSA ET AL., *Appellants*, v. BARNES LAKE PARK OWNERS ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-01640-3, James R. Orlando, J. Pro Tem., entered September 29, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 40249-1-II. Division Two. June 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ARTHUR RICHARDSON III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01644-9, John A. McCarthy, J., entered January 15, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Johanson, JJ.